# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT VASQUEZ, | CASE NO. 1:10-cv-02013-LJO-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION |
| v. | |
| DR. J. YU, et al., | |
| Defendants. | (ECF Nos. 11, 12, 15) |

Plaintiff Vincent Vasquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed motions seeking a preliminary injunction requiring him to be transferred from Corcoran State Prison to a prison that could care for his medical needs and that officials at Corcoran State Prison not be allowed to overrule the recommendation made by his kidney specialist on January 20, 2011 and exhibits on February 22, 2011 . (ECF Nos. 11, 12.) On June 17, 2011, the Magistrate Judge filed findings and recommendations herein which was served on the parties and which contained notice to the Plaintiff that any objections to the findings and recommendations were to be filed within twenty one days. (ECF No. 15.) More than twenty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, filed June 17, 2011, is adopted in full; and
2.  Plaintiff's motions for preliminary injunction, filed January 20, 2011, and February 22, 2011 are DENIED.

IT IS SO ORDERED.

**Dated:    July 19, 2011**                               /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE