1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10   VINCENT VASQUEZ,                         1:10-cv-02013-LJO-GSA-PC

11                    Plaintiff,             FINDINGS AND RECOMMENDATIONS,
                                             RECOMMENDING THAT THIS ACTION BE
12            v.                             DISMISSED, WITH PREJUDICE, FOR
                                             FAILURE TO STATE A CLAIM UPON
13   DR. YU, et al.,                         WHICH RELIEF MAY BE GRANTED

14                                           OBJECTIONS, IF ANY, DUE IN THIRTY
                     Defendants.             DAYS
15
                                    /
16

17          Vincent Vasquez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed

18   this civil rights action pursuant to 42 U.S.C. § 1983 on October 26, 2010.  (Doc. 1.)

19          On August 29, 2011, the Court dismissed Plaintiff's First Amended Complaint for failure to

20   state a claim, with leave to file a Second Amended Complaint within thirty days.  28 U.S.C. §

21   1915A; 28 U.S.C. § 1915(e).   To date, Plaintiff has not complied with or otherwise responded to

22   the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which

23   relief may be granted.

24          Accordingly, IT IS HEREBY RECOMMENDED that pursuant to 28 U.S.C. § 1915A and

25   28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state

26   a claim upon which relief may be granted under section 1983, and that this dismissal be subject to

27   the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098

28   (9th Cir. 2011).

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days

3  after being served with these findings and recommendations, Plaintiff may file written objections

4  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

5  and Recommendations."  Plaintiff is advised that failure to file objections within the specified time

6  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.

7  1991).

8

9    IT IS SO ORDERED.

10  **Dated:    March 21, 2012**                    _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE