# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT VASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. YU, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-02013-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

Vincent Vasquez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 26, 2010.  (Doc. 1.)

On August 29, 2011, the Court dismissed Plaintiff's First Amended Complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, IT IS HEREBY RECOMMENDED that pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983, and that this dismissal be subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011).

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days
3 after being served with these findings and recommendations, Plaintiff may file written objections
4 with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings
5 and Recommendations."  Plaintiff is advised that failure to file objections within the specified time
6 may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
7 1991).

9    IT IS SO ORDERED.
10   Dated:   **March 21, 2012**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE