IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT VASQUEZ, | 1:10-cv-02013-LJO-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| vs. | |
| DR. YU, et al., | |
| | (Doc. 19.) |
| Defendants. | OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

Plaintiff Vincent Vasquez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 26, 2010. (Doc. 1.) On December 13, 2011, the Court dismissed Plaintiff's First Amended Complaint for failure to state a claim, and ordered Plaintiff to file a Second Amended Complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc. 20.) Plaintiff requested and was granted a thirty day extension of time. (Docs. 21, 23.) The thirty day time period expired, and Plaintiff did not comply with or otherwise respond to the Court's order. On May 22, 2012, the Court issued findings and recommendations, recommending that this action be dismissed, with prejudice, for failure to state a claim. (Doc. 24.) On April 19, 2012, Plaintiff filed objections to the findings and recommendations, and on April 23, 2012, the Court vacated the findings

1

and recommendations and granted Plaintiff sixty more days to comply with the Court's December 13, 2011 order. (Docs. 25, 26.) The sixty day time period has now expired, and Plaintiff has not complied with or otherwise responded to the Court's orders. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the Court HEREBY RECOMMENDS that this action be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983, and that the dismissal be subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:** **August 1, 2012**              /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2